UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
FLORIDA FORT PIERCE DIVISION

TINA VANDERBURG,

          **Plaintiff,**

-v-                                                                                              No. 2:17-cv-014001-DMM

COMENITY LLC, d/b/a COMENITY BANK,

          **Defendant.**
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** plaintiff. Tina Vamderburg, and defendant Comenity LLC d/b/a Comenity Bank, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 5th day of October, 2017.


*/s/Amanda J. Allen*                                        */s/ Charles J. McHale*
Amanda J. Allen, Esquire                      Charles J. McHale, Esquire
Florida Bar No. 0098228                         Florida Bar No. 0026555
William "Billy" Peerce Howard, Esquire    cmchale@gsgfirm.com
Florida Bar No. 0103330                         Golden Scaz Gagain, PLLC
Amanda@TheConsumerProtectionFirm.com   201 North Armenia Avenue
Billy@TheConsumerProtectionFirm.com      Tampa, FL 33609
THE CONSUMER PROTECTION FIRM, PLLC     Tele: (813) 251-5500
210 A South MacDill Avenue               Fax: (813) 251-3675
Tampa, FL 33609                                   *Attorney for Defendant*
Tele: (813) 500-1500
Fax: (813) 435-2369
*Attorney for Plaintiff*